IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTIONIO CALDWELL, ) | |
| ) | |
| Plaintiff, ) | NO. 3:20-cv-01081 |
| ) | |
| v. ) | JUDGE RICHARDSON |
| ) | |
| LEWIS BROTHERS BAKERIES ) | |
| INCORPORATED OF TENNESSEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# ORDER

The parties have filed a "Joint Notice of Voluntary Dismissal With Prejudice" (Doc. No. 46, "Dismissal Document") which was signed by counsel for all parties and filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Although called a "notice of voluntary dismissal"—a term that when used precisely refers to a self-effectuating dismissal done *unilaterally* by a plaintiff under Rule 41(a)(1)(A)(i)—the Dismissal Document in substance constitutes a joint stipulation of dismissal under Rule 41(a)(1)(A)(ii), which is the rule correctly cited in the Dismissal Document.

Under Rule 41(a)(1)(A)(ii), the Dismissal Document suffices to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice, the dismissal in fact is with prejudice.

Thus, the Court acknowledges that this action has been **DISMISSED** with prejudice, and the Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE